ANTHONY F. CALTABELLOTTA, Appellant, v. ELIZABETH SCHMALZ and Others, as Executors, etc., of WILLIAM VOLK, Deceased, Respondents.— Order denying motion to direct the clerk to enter judgment in accordance with proposed judgment and to amend the clerk's minutes affirmed, in so far as an appeal therefrom is taken, with ten dollars costs and disbursements. On an appeal from the judgment entered on the verdict of the jury herein, plaintiff may bring up the question of the correctness of the ruling of the court in excluding testimony concerning the panels and ceilings. A record presenting the one question may be prepared. (*Boylan* v. *Southern Pacific Company*, 253 App. Div. 195.) Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

JUANITA CARBALLAL, an Infant, by JOSE CARBALLAL, Her Guardian ad Litem, and JOSE CARBALLAL, Respondents, v. PILGRIM LAUNDRY, INC., Appellant.— Action for damages for personal injuries and companion action for expenses and loss of services as a consequence of the defendant's truck running over the infant plaintiff while she was crossing a street at an intersection crosswalk in Brooklyn. The jury found for the infant plaintiff in the sum of $20,000, and for the adult plaintiff in the sum of $5,000. Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order hereon plaintiffs stipulate to reduce to $15,000 and $3,000, respectively, the verdicts rendered in their favor; in which event the judgment, as thus reduced, is unanimously affirmed, with costs to the defendant on the appeal. The verdicts rendered are excessive. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

RALPH A. CARRETTA, as Trustee, under a Declaration of Trust for the Benefit of Certificate Holders in Guarantee Number LWS3-4355 of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY, Respondent, v. ROSE EVANS, Appellant, and Others, Defendants.— Appeal from resettled order referring plaintiff's motion for a deficiency judgment in an action for the foreclosure of a mortgage to an official referee to take evidence and report, with his opinion, dismissed, without costs, on the ground that it is not appealable. (*Luttenberger* v. *Alpert Woodworking Corp.*, 252 App. Div. 862; *Warshow* v. *Herron*, 254 id. 699.) The entry of a deficiency judgment may not be upheld, in view of our decision in *Clinton Trust Company* v. *Mahoney* (252 App. Div. 763). Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.